Argued March 28, affirmed March 28, petition for rehearing
denied April 18, petition for review
denied May 31, 1972

## STATE OF OREGON, *Respondent, v.* DENNIS ROBERTSON (No. 71-145 C), *Appellant.*

494 P2d 900

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.